

*July 27, 2017*

2017-Ohio-6977.]

**1999–2187. Columbus Bar Assn. v. Link.**
On respondent's application for reinstatement. Application denied.

**2016–1239. State ex rel. Bradford v. Schweitzer.**
Warren App. No. CA2016–05–042. On appellant's application for dismissal. Application granted. Cause dismissed.

**2016–1513. In re Hamilton v. Internatl. Union of Operating Engineers, Local 20.**
Butler App. No. CA2016–03–054, 2016-Ohio-5565. Appellant has not filed a merit brief, due July 17, 2017, and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

**2017–0228. Scaglione v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2016–532, 2016–533, 2016–536, 2016–1331, and 2016–1335. Appellant has not filed a merit brief, due July 17, 2017, and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

**2017–0908. State ex rel. Cincinnati Enquirer v. Ghiz.**
In Mandamus and Prohibition. On relator's application for dismissal. Application granted. Cause dismissed.

**2017–0297. Greenway Ohio, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–2531. This case is returned to the regular docket under S.Ct.Prac.R. 19.01(E). Appellant/cross-appellee shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

*July 31, 2017*

2017-Ohio-7010.]

**2016–1913. Ohio State Bar Assn. v. Pro–Net Fin., Inc.**
On motion of the Board on the Unauthorized Practice of Law to supplement the record. Motion denied.